UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MORGAN PRESNELL    )
                   )
V.                 )    NO. 2:08-CV-43
                   )
DOCTOR PAUL        )

# **MEMORANDUM and ORDER**

Morgan Presnell, a *pro se* prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983, alleging that Dr. Paul, the jail physician at the Carter County Detention Center [CCDC], violated his constitutional rights.[1] Plaintiff asserts that, without even seeing him, Dr. Paul discontinued his medication, though any mental health doctor will state that he should not be off his medication, including a Dr. Debold, who works in Greeneville and at the Northeast Correctional Complex. Plaintiff would have the Court protect his rights; stop the cruel and unusual punishment; punish the ones who are violating his rights; give him justice; and tell the doctors of all jails and prison facilities that they don't overrule a person's rights. Unfortunately for plaintiff, these claims are no longer actionable.

A prisoner's request for injunctive or declaratory relief against jail officials cannot be granted once he is transferred from the correctional institution of which he complains to a different facility. *Kensu v. Haigh*, 87 F.3d 172, 175 (6th Cir.1996). Since

---

[1] Plaintiff has since been released from confinement. [Doc. Entry of April 8, 2008].

plaintiff is not imprisoned in the CCDC, it is obvious that he could obtain no benefit from an injunction against the CCDC jail physician. Thus, his claim has become moot, and the case will be dismissed on the basis of mootness.

Finally, plaintiff's application to proceed *in forma pauperis* is **GRANTED**. [Doc. 1].

A separate order of dismissal shall enter.

ENTER:

s/ Leon Jordan
United States District Judge