UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MORGAN PRESNELL )
 )
V. ) NO. 2:08-CV-43
 )
DOCTOR PAUL )

## ORDER of JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** as **MOOT**. Should plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis* because, for reasons discussed in the memorandum, any appeal from this decision would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

ENTER:

 s/ Leon Jordan
 United States District Judge

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
 CLERK OF COURT